Date: 08/08/11

Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 2007 Dated 08/08/11
Case Number 10-35023 - JOHNSON, LISA MONIQUE



| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 000001 | 2,205.74 | 3.82 |
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | 000002 | 1,300.62 | 2.25 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000003 | 2,412.79 | 4.18 |
| American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 000007 | 353.95 | 0.61 |
| ---------- Remittance Total ---------- | | 6,273.10 | 10.86 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 11 AUG -9 AM 11:39 U.S. BANKRUPTCY COURT ST. PAUL, MN

Printed: 08/08/11 11:11 AM   Ver: 16.02b